UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT, WF8739,<br>Petitioner,<br>v.<br>MOLLY HILL, Warden,<br>Respondent. | Case No. 19-cv-01927-CRB (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 2) |

On April 23, 2019, the post office returned the court's mail to petitioner as undeliverable. ECF No. 4. Because more than 60 days have passed since the court's mail to petitioner was returned as undeliverable, and the court has received no written communication from petitioner indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file and terminate all pending motions (ECF No. 2) as moot.

**IT IS SO ORDERED**.

Dated: June 26, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT,<br><br>    Plaintiff,<br><br>    v.<br><br>MOLLY HILL,<br><br>    Defendant. | Case No. 3:19-cv-01927-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirley V. Remmert ID: No. WF8739
CIW Unit M-A-20-L
16756 Chino-Corona Blvd
Corona, CA 92880

Dated: June 26, 2019

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By: /s/ L. Scott
                                        Lashanda Scott, Deputy Clerk to the
                                        Honorable CHARLES R. BREYER